## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Dunia Quiroga          JOINT DEBTOR:                    CASE NO.:
Last Four Digits of SS# 5213   Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 103.40 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650    TOTAL PAID $ 1500
    Balance Due   $ 2150     payable $ 86.00 /month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                         Arrearage on Petition Date  $
Address:                        Arrears Payment   $         /month (Months    to    )
                                Regular Payment   $         /month (Months    to    )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | n/a | n/a | n/a | n/a | N/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due  $
                     Payable    $         /month (Months    to    ) Regular Payment $

Unsecured Creditors: Pay $ 7.06 /month (Months 1 to 25) and Pay $ 93.06 /month (Months 26 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                         Joint Debtor
Date: 03-26-2014                                Date:


LF-31 (rev. 01/08/10)